**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of Texas

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Vector Utilities LLC |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 26-0425234 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8501 <br> Number    Street | 1820 Reynolds Street <br> Number    Street |
| San Gabriel Drive | |
| | P.O. Box |
| Laredo    TX    78045 <br> City    State    ZIP Code | Laredo    TX    78043 <br> City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Webb County <br> County | <br> Number    Street |
| | <br> City    State    ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Vector Utilities LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When ___/___/_____ MM / DD / YYYY  Case number _____

District _____  When ___/___/_____ MM / DD / YYYY  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  Rolando Gaytan, Sr & Griselda Gaytan   Relationship  Sole Owners of Debtor

District  Southern Dist. of TX, Vic. Div.   When ___/___/_____ MM / DD / YYYY

Case number, if known  _____

| Debtor | Vector Utilities LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

        Number       Street

_____

        City                 State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Vector Utilities LLC
          _____          Case number (*if known*)_____
          Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/16/2023
              MM / DD / YYYY

✖ /s/ Griselda C. Gaytan
_____          Griselda C. Gaytan
Signature of authorized representative of debtor          _____
                                                         Printed name

Title   Managing Member

**18. Signature of attorney**

✖ /s/ Margaret M. McClure
_____          Date   07/16/2023
Signature of attorney for debtor                                MM / DD / YYYY

Margaret M. McClure
_____
Printed name

Law Office of Margaret M. McClure
_____
Firm name

25420 Kuykendahl Road, Suite B300-1043
_____
Number          Street

The Woodlands                                            TX        77375
_____
City                                                     State     ZIP Code

713-659-1333                                             margaret@mmmcclurelaw.com
_____
Contact phone                                            Email address

00787997                                                 TX
_____
Bar number                                               State

---

**Fill in this information to identify the case:**

Debtor name _____Vector Utilities LLC_____

United States Bankruptcy Court for the: ____Southern District of Texas____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:   Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................

   $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................

   $ ___2,767,265.48

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................................

   $ ___2,767,265.48

---

**Part 2:   Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................

   $ ___1,753,619.31

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................

   $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

   + $ ___2,012,336.64

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b

   $ ___3,765,955.95

---

**Fill in this information to identify the case:**

Debtor name _____Vector Utilities LLC_____

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. First Internet Bank | Money Market | 1  6  3  6 | $ 20,590.46 |
| 3.2. Frost Bank | Checking | 2  2  4  0 | $ 629,750.02 |

4. **Other cash equivalents** *(Identify all)*

    4.1. _____  $_____
    4.2. _____  $_____

5. **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 650,340.48

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

    Description, including name of holder of deposit

    7.1. _____  $_____
    7.2. _____  $_____

Debtor    Vector Utilities LLC
          Name

Case number (if known)_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                         $_____

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 14,000.00 | – | 0.00 | = ....➔ $ 14,000.00 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 0.00 | – | 0.00 | = ....➔ $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 14,000.00

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                       $_____

---

Debtor    Vector Utilities LLC _____    Case number *(if known)*_____
       Name

---

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor   Vector Utilities LLC
_____     Case number (*if known*)_____
Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                    $_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** <br> GSA Desks (18), Chairs (8), GSA Filing Cabinets (6), GSA Cubicles (3) | $_____ | _____ | $ 1,350.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> Computers (6) | $_____ | _____ | $ 3,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                    $ 4,350.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Vector Utilities LLC
_____   Case number (if known)_____
         Name

---

**Part 8:**  **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2020 Ford (Ford Credit) | $_____ | | $ Unknown |
| 47.2  2018 Chevrolet (Loan by Carvana LLC) | $_____ | | $ Unknown |
| 47.3  2016 Chevrolet (Loan by Carvana LLC) | $_____ | | $ Unknown |
| 47.4  2020 GMC Sierra (Loan by Security Service Federal Credit Union) | $_____ | | $ Unknown |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | | $_____ |
| 48.2 _____ | $_____ | | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | | $_____ |
| 49.2 _____ | $_____ | | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | | $ 0.00 |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor     Vector Utilities LLC
           _____          Case number (if known)_____
           Name

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 6

| Debtor | Vector Utilities LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____   _____ — _____ = ➡   $ _____
                          Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| Income Tax Refund | Tax year | 2015 | $ 11,819.00 |
| Unused NOL's (estimate) | Tax year | 2022 | $ 2,000,000.00 |
| See continuation sheet | Tax year | _____ | $ 86,756.00 |

**73. Interests in insurance policies or annuities**

_____   $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $ _____

Nature of claim   _____

Amount requested   $ _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____

Nature of claim   _____

Amount requested   $ _____

**76. Trusts, equitable or future interests in property**

_____   $ _____

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $ _____

_____   $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $ 2,098,575.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor  Vector Utilities LLC
Name

Case number *(if known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 650,340.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 14,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 4,350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 2,098,575.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 2,767,265.48 | 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................ 2,767,265.48 | | $ 2,767,265.48 |

| Debtor 1 | Vector Utilities LLC | | Case number (if known) |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | |
|---|---|
| Vacuum Excavator (Loan by First Citizens Bank & Trust Company) | Unknown |
| Portable Signs (Loan by Balboa Capital) — SURRENDER | 0.00 |
| Concrete Mixer (Loan by Balboa Capital) — SURRENDER | Unknown |
| Gomaco (Loan by Wells Fargo Bank) | Unknown |
| Vibrator, Deck Trailer and Wheel Loader (Loan by CIT Bank, N.A.) — SURRENDER | Unknown |

**72) Tax refunds and unused net operating losses (NOLs)**

| Income Tax Refund | 2019 | 77,458.00 |
|---|---|---|
| Income Tax Refund | 2021 | 9,298.00 |

Vector Utilities, LLC

| | MILEAGE | CURRENT VALUE | CONDITION | TITLE OR INVOICE UNDER |
|---|---|---|---|---|
| | | | | |
| GSA Desks 18 | N/A | 800.00 | FAIR | VECTOR |
| GSA CHAIRS | N/A | 100.00 | FAIR | VECTOR |
| GSA FILING CABINETS | N/A | 250.00 | GOOD | VECTOR |
| GSA CUBICLES | N/A | 250.00 | FAIR | VECTOR |
| COMPUTERS 6 | N/A | 3,000.00 | GOOD TO FAIR | VECTOR |
| Gomaco GT 360 (2021 | N/A | 384,000.00 | OPERABLE | VECTOR |
| 2007 Sterling LT9500 Mixer Truck 2FZHAZCV07AX38698 | 220,000 | 16,000.00 | INOPERABLE-NEVER TOOK POSSESSION | VECTOR |
| 2013   John Deere Excavator 75G - SN 015009 | N/A | 52,000.00 | OPERABLE | VECTOR |
| 2015   Elec Scissor Lift Genie - GS3015A1433217 | N/A | 20,000.00 | OUT OF SERVICE | VECTOR |
| 2012 FORD F150XL - 1FTFX1CF8CKD25838 | 263,294 | 4,000.00 | OUT OF SERVICE | VECTOR |
| 2011 Caterpillar Motorgrader 140M S/N CAT 0140MJB9D02804 | N/A | 95,000.00 | OPERABLE | VECTOR |
| 2011 John Deere Motorgrader 772G - 1DW772GXJA0632564 | N/A | 90,000.00 | OPERABLE | VECTOR |
| 2017   Ditch Witch  AT30 SN CMWAT30XCH0000455 | N/A | 292,467.00 | OPERABLE | VECTOR |
| 2011 CAT Vibra S/Drum Compactor - CAT0CS56ECS501530 | N/A | 54,000.00 | OPERABLE | VECTOR |
| CMI RS Soil Stabilizer - SN 526209 | N/A | 35,000.00 | OUT OF SERVICE | VECTOR |
| Trailer Mounted Arrow Board 15 | N/A | STOLEN | STOLEN | VECTOR |
| Wanco Message Board I | N/A | 50.00 | SCRAPPED | VECTOR |
| Wanco Message Board II | N/A | 50.00 | SCRAPPED | VECTOR |
| Wanco Mounted Generator - SN S829428 | N/A | 20,200.00 | OUT OF SERVICE | VECTOR |
| Message Board | N/A | 100.00 | SCRAPPED | VECTOR |
| 2 McDermott Arrow Boards | N/A | 600.00 | OUT OF SERVICE | VECTOR |
| 2020  Vacuum Excavation System - 5HZJ6237LK002141 | N/A | 46,107.41 | OPERABLE | VECTOR |
| 2 Scropion TL2 Trk Mounted Atte - | N/A | 10,000.00 | FAIR CONDITION | VECTOR |
| 2007 Peterbilt Mixer - 1NPALZ9X57D663754 | 245,000 | 43,950.00 | OUT OF SERVICE | VECTOR |
| 2004 Ditch Witch # 1677 JT2020 -  SN 2Y1677 | N/A | 57,750.00 | OPERABLE | VECTOR |
| 2005 Ford with HD Platform - 3FRXW75G85V112543 | 90,000 | 5,000.00 | SCRAPPED-FOR PARTS ONLY | VECTOR |
| 2009 GMC 5500 #02656 - 1GDE5E1909F402656 | 150,000 | 16,000.00 | OPERABLE | VECTOR |
| 2010 Ditch JT3020 # 0336 - CMWJ30M1CA0000336 | N/A | 93,100.00 | OPERABLE | VECTOR |
| 2011   Wanco Message Board SN 5F12S1614B1000989 | N/A | 100.00 | SCRAPPED | VECTOR |
| 2011   CAT E6000 Electric Forklift SN A4EC380870 | N/A | 7,260.00 | OUT OF SERVICE | VECTOR |
| 2002  Sterling LT9500 Quad 4 SN 2FZSAZA802AK46149 | | 17,000.00 | NON-OPERABLE-SCRAPPED-FOR PARTS | VECTOR |
| 2010 Wanco Message Board 03 SN 5F12S1610A1003256 | N/A | 100.00 | SCRAPPED | VECTOR |
| 2012 Magnum MLT3060K Light SN 1215876/5AJLS1418CB215876 | N/A | 1,883.20 | OPERABLE | VECTOR |
| Almont Welding Works REEL TRL No Serial Number | N/A | 1,214.26 | OPERABLE | VECTOR |
| Fermont MEP 803A 10kW Gen Set SN 36093/FZ31741 | N/A | 3,052.48 | SCRAPPED | VECTOR |
| 2009 Kaufman Trailer 00023 5SHFH25219B000023 | N/A | 7,740.00 | OPERABLE | VECTOR |
| 2017 Vactron Vermeer TRL  5HZBF1621HLHH1308 | N/A | 40,750.00 | OPERABLE | VECTOR |
| 2011   LAMA UT SRVHG2421HP044569 | N/A | 5,980.00 | OPERABLE | VECTOR |
| 2017   LAMA UT SRVH61823HP051420 | N/A | 4,478.69 | OPERABLE | VECTOR |
| 96 .3 HP Honda GX630 Pressure | N/A | 2,700.84 | NON-OPERABLE | VECTOR |
| 1999    F450 Rodder Truck  1FDXF46F5XEC68504 | 220,000 | 9,000.00 | OPERABLE | VECTOR |
| 2011   John Deere 310J  SN IT0310JXCBD206737 | N/A | 29,500.00 | VANDALIZED -OUT OF SERVICE | VECTOR |
| 2015    Cat 302.7DCR Hyd Excav SN LJ700416 | N/A | 47,563.10 | OPERABLE | VECTOR |
| 2017    John Deere 30GX Ag Pro SN    1FF030GXLHK265449 | N/A | 39,730.00 | OPERABLE | VECTOR |
| 2006   Ditch FX30 1DSB202SX61701970 | N/A | 13,000.00 | NON-OPERABLE | VECTOR |
| 2012    Ditch Witch RT115 NO SERIAL# | N/A | 86,000.00 | OPERABLE | VECTOR |
| 2000   GMC  1GDM7H1C5YJ519969 | 120,000 | 48,315.00 | NON-OPERABLE | VECTOR |
| 2007   Intl 4400 REEL TRUCK 1HTMKAAN67H532721 | 130,000 | 10,000.00 | OUT OF SERVICE | VECTOR |
| 2015   John Deere 310SL SN 1T0310SLHFF281800 | N/A | 40,906.43 | OPERABLE | VECTOR |
| 2011   Magnum Trailer 1V5BB2921B1135991 | N/A | 10,774.00 | OPERABLE | VECTOR |
| 2012   Caterpillar 336 SN CAT0336EHBZY01093 | N/A | 92,190.00 | OPERABLE | VECTOR |
| 2012 Caterpillar 329 SN CAT0329ELPLW00180 | N/A | 87,800.00 | OPERABLE | VECTOR |
| 2006 John Deere 710G - T0710GS954871 | N/A | 26,000.00 | OPERABLE | VECTOR |
| 2009 Int 4300 Attenuator Truck SN 1HTMMAAN49H101940 | 250,000 | 24,200.00 | OUT OF SERVICE | VECTOR |
| 2007 Freightliner Water Truck SN 1FUJA6CK67PY62697 | 230,000 | 19,755.00 | OUT OF SERVICE | VECTOR |
| 2006 Freightliner M2 Attenuator Truc 1FVACXDC76HV69628 | 220,000 | 19,275.00 | OUT OF SERVICE | VECTOR |
| 2008 Hino 338 Attenuator Truck 5PVNV8JTX62S50831 | 265,000 | 25,875.00 | OUT OF SERVICE | VECTOR |
| Solar Portable Sign Board II | N/A | 3,531.00 | STOLEN | STOLEN |
| Solar Portable Sign Board V | N/A | 2,590.00 | STOLEN | STOLEN |
| 2007 Bomag  Vibrator Pedfoot 901580871028 | N/A | 23,032.50 | NON-OPERABLE | VECTOR |
| 2007 Volvo L70F Wheel Loader L70FV62023 | N/A | 23,032.50 | OPERABLE | VECTOR |
| 2009 Fortaine Step Deck Trailer 13N2532039I549753 | N/A | 11,500.00 | OUT OF SERVICE - NEEDS REPAIRS | VECTOR |
| 2014 John Deere 310SK 1T0310SKCEE265926 | N/A | 46,000.00 | OPERABLE | VECTOR |
| STAHLIN J808HPL Crash Attenuator J808HPL 2020 TRL (NO SN#) | N/A | 12,230.25 | STOLEN | VECTOR |
| 2012 JCB 507.42 Telehandler SN JCB5CEKGJ01402560 | N/A | 30,899.53 | OPERABLE | VECTOR |
| Crash Attenuator J808HPL,TRL NO SN | N/A | 14,000.00 | STOLEN | VECTOR |
| 2019 XL  Lowboy Trailer 4U3J05335KL018167 | N/A | 73,471.69 | OPERABLE | VECTOR |
| 2011 American Signal Message Board -8592 | N/A | 200.00 | NON OPERABLE | VECTOR |
| 2011 American Signal Message Board -8429 | N/A | 200.00 | NON OPERABLE | VECTOR |
| 2011 American Signal Message Board -8593 | N/A | 200.00 | NON OPERABLE | VECTOR |
| 2011 American Signal Message Board -8437 | N/A | 200.00 | NON OPERABLE | VECTOR |
| 2011 American Signal Message Board -8595 | N/A | 200.00 | NON OPERABLE | VECTOR |
| 2012    Peterbilt 365 Sleep Truck 1XPSD79X4CD146872 | 90,000 | 38,000.00 | OPERABLE | VECTOR |

2,341,154.88

**Fill in this information to identify the case:**

Debtor name          Vector Utilities LLC

United States Bankruptcy Court for the:   Southern District of Texas

Case number (if known):  _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Balboa Capital | Loan on Equipment (Portable Signs) - SURRENDER | $ 8,013.78 | $ Unknown |

Creditor's mailing address
P.O. Box 844803
Los Angeles, CA 90084-4803

Creditor's email address, if known
_____

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

| Date debt was incurred | 09/1/2020 |
|---|---|
| Last 4 digits of account number | 8000 |

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor,

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Balboa Capital | Loan on Equipment (Concrete Mixer) - SURRENDER | $44,309.02 | $Unknown |

Creditor's mailing address
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626

Creditor's email address, if known
_____

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

| Date debt was incurred | 12/8/2022 |
|---|---|
| Last 4 digits of account number | 8001 |

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 1,753,619.31

Debtor    Vector Utilities LLC
          _____        Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
Carvana LLC
_____

**Creditor's mailing address**

1123 Cantrell Sansom Rd.
_____
Fort Worth, TX 76131
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Loan on 2018 Chevrolet

$36,193.22          $0.00

**Describe the lien**

Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4** Creditor's name
Carvana LLC
_____

**Creditor's mailing address**

1123 Cantrell Sansom Rd.
_____
Fort Worth, TX 76131
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Loan on 2016 Chevrolet

$24,502.59          $ Unknown

**Describe the lien**

Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor ____Vector Utilities LLC_____    Case number (if known)_____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** **Creditor's name**
CIT Bank, N.A.

_____

**Creditor's mailing address**

10201 Centurion Pkwy N.

Suite 100, Jacksonville, FL 32256

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ____5627____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Loan on Equipment (Vibrator, Deck Trailer and Wheel Loader) - SURRENDER

$24,718.41       $Unknown

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** **Creditor's name**
First Citizens Bank & Trust Company

_____

**Creditor's mailing address**

10201 Centurion Pkwy N.

Suite 100, Jacksonville, FL 32256

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Loan on Equipment (Vermeer Vacuum Excavator)

$33,747.90       $ Unknown

**Describe the lien**

Equipment

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor ___Vector Utilities LLC_____   Case number (if known)_____
      Name

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**
Ford Credit
_____

**Creditor's mailing address**

Post Office Box 105704
Atlanta, GA 30348-5704
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Ford F250

**Describe the lien**

Agreement you made
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $41,381.01
Column B: $ Unknown

---

**2.8** **Creditor's name**
Newtek Small Business Finance, LLC
_____

**Creditor's mailing address**

P.O. Box 150
Northville, NY 12134
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    [_____]

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Business Loan

**Describe the lien**

Business Loan
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $40,000.00
Column B: $ Unknown

---

| Debtor | Vector Utilities LLC | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | _____ |

| **Part 1:** | **Additional Page** | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**

**Creditor's name**
Newtek Small Business Finance, LLC

_____

**Creditor's mailing address**

P.O. Box 150
Northville, NY 12134

**Creditor's email address, if known**

_____

**Date debt was incurred**   12/14/2020
**Last 4 digits of account number**   8210

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Lien on warehouse owned by Rolando Gaytan and other assets

**Describe the lien**
SBA Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,234,734.15      $Unknown

---

**2.10**

**Creditor's name**
Security Service Federal Credit Union

_____

**Creditor's mailing address**

Post Office Box 691510
San Antonio, TX 78269

**Creditor's email address, if known**

_____

**Date debt was incurred**   _____
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Loan on 2020 GMC Sierra

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$44,033.84      $ Unknown

---

Debtor ____Vector Utilities LLC_____
        Name

Case number (if known)_____

| | Column A | Column B |
|---|---|---|
| **Part 1:** Additional Page | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11** **Creditor's name**
Wells Fargo Bank
_____

**Creditor's mailing address**

600 South 4th Street
MAC N9300-100, Minneapolis, MN 55415
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   [_____]
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Loan on Gomaco

$221,985.39   $Unknown

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   [_____]
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____   $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Vector Utilities LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Newtek Small Business Finance, LLC<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY, 11042 | Line 2. 8 | _____ |
| Newtek Small Business Finance, LLC<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY, 11042 | Line 2. 9 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Vector Utilities LLC |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

**Basis for the claim:**

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| Debtor | Vector Utilities LLC | Case number (if known) |
|--------|----------------------|------------------------|
|        | Name |  |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Allen Plumbing & Supply Co.
2005 S. Hwy 83
Crystal City, TX, 78839-4505

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Porta Potty

$ 996.75

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 6031
Carol Stream, IL, 60197-6031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

$ 12,143.39

**Date or dates debt was incurred** 2023

**Last 4 digits of account number** 1001

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
American Express
P.O. Box 6031
Carol Stream, IL, 60197-6031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

$ 164,809.90

**Date or dates debt was incurred** 2007

**Last 4 digits of account number** 6005

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
American Express - Line of Credit
P.O. Box 6031
Carol Stream, IL, 60197-6031

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Line of Credit

$ 149,833.99

**Date or dates debt was incurred** 2023

**Last 4 digits of account number** 2048, 4470

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Barricades Unlimited
2002 Clovis Road
Lubbock, TX, 79415

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rental Equipment

$ 14,517.03

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Big Bend Concrete
1406 US 90
Alpine, TX, 79830

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Concrete

$ 1,897.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Vector Utilities LLC
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** 7  **Nonpriority creditor's name and mailing address**

Buyers Barricades
4941 Emil Street
San Antonio, TX, 78219

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Traffic Control Trucks - Rental

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 36,096.14

---

**3.** 8  **Nonpriority creditor's name and mailing address**

Carillo & Associates, Inc.
911 Frio City Road
San Antonio, TX, 78207

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Flex Base Testing

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,768.50

---

**3.** 9  **Nonpriority creditor's name and mailing address**

Chase Ink
P.O. Box 15123
Wilmington, DE, 19850-5123

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    2023

Last 4 digits of account number    6078

$ 26,259.29

---

**3.** 10  **Nonpriority creditor's name and mailing address**

CMC Construction Services
P.O. Box 844573
Dallas, TX, 75284

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Construction Supplies

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    2023

Last 4 digits of account number _____

$ 9,644.43

---

**3.** 11  **Nonpriority creditor's name and mailing address**

CMC Construction Services
11811 East Freeway, Suite 660
Houston, TX, 77029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    3618

$ 10,105.69

---

Debtor   Vector Utilities LLC
         _____   Case number (if known) _____
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.12** Nonpriority creditor's name and mailing address

Commercial Metals Company
11811 East Freeway, Suite 660
Houston, TX, 77029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Construction Materials

$ 1,136.30

Date or dates debt was incurred ___2023___

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Dimmit County SWD, LLC
13238 FM190
Carrizo Springs, TX, 78834

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Fresh Water

$ 1,925.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Dyess-Peterson Testing Laboratory, Inc.
P.O. 30699
Amarillo, TX, 79120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Laboratory Concrete Testing

$ 2,075.25

Date or dates debt was incurred ___2023___

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

E-470 Public Highway Authority
P.O. Box 5470
Denver, CO, 80217-5470

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Toll Road Fees

$ 40.35

Date or dates debt was incurred ___2023___

Last 4 digits of account number ___6284___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

E-470 Public Highway Authority
P.O. Box 5470
Denver, CO, 80217-5470

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Toll Road Fees

$ 72.25

Date or dates debt was incurred ___2023___

Last 4 digits of account number ___7961___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Vector Utilities LLC
          _____      Case number *(if known)* _____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.17** Nonpriority creditor's name and mailing address

Flasher Equipment Company
5827 W US Hwy 90
San Antonio, TX, 78227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Safety Signs

$ 20,682.10

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.18** Nonpriority creditor's name and mailing address

Garrett Construction Co.
P.O. Box 1028
Ingleside, TX, 78362

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Claim Denied by Surety Bond - Subcontractor Agreement

$ 46,332.28

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    2021

Last 4 digits of account number    8514

---

**3.19** Nonpriority creditor's name and mailing address

Gibraltar Global, LLC
1208 Houston Clinton Drive
Burnet, TX, 78611

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Material

$ 2,825.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.20** Nonpriority creditor's name and mailing address

HCTRA - Violations
P.O. Box 4440, Dept. 11
Houston, TX, 77210-4440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Toll Road Violations

$ 26.50

**Is the claim subject to offset?**
☒ No
☐ Yes

Date or dates debt was incurred    2023

Last 4 digits of account number    7451

---

**3.21** Nonpriority creditor's name and mailing address

HCTRA - Violations
P.O. Box 4440, Dept. 8
Houston, TX, 77210-4440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Toll Road Fees

$ 7.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    2023

Last 4 digits of account number    6836

---

Debtor    Vector Utilities LLC
_____
          Name                                              Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 22   **Nonpriority creditor's name and mailing address**

Highway Barricades and Services
P.O. Box 9104
Corpus Christi, TX, 78469

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Traffic Control Signs

$ 546.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 23   **Nonpriority creditor's name and mailing address**

J & J Excavating & Materials
4236 North US Hwy 83
Crystal City, TX, 78839

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Hauling Services

$ 9,536.91

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 24   **Nonpriority creditor's name and mailing address**

Lovein Ribman
Attorney & Counselors
1225 S. Main Street, Suite 200
Grapevine, TX, 76051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Construction Attorney Fees

$ 1,004.00

Date or dates debt was incurred ___2023___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 25   **Nonpriority creditor's name and mailing address**

MAC Septic
P.O. Box 640
Fort Davis, TX, 79734

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 313.92

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 26   **Nonpriority creditor's name and mailing address**

Merchants Bonding Company (Mutual)
P.O. Box 14498
Des Moines, IA, 50306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond Company

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Vector Utilities LLC
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.27** Nonpriority creditor's name and mailing address

Merchants National Bonding, Inc.
P.O. Box 14498
Des Moines, IA, 50306

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Surety Bond Company

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

MW GRP Capital/Samson Funding
c/o Ariel Bouskila, Attorney at Law
80 Broad Street, Suite 3303
New York, NJ, 10004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Loan against Accounts Receivable - Lawsuit

$ 855,803.34

Date or dates debt was incurred    05/15/2023

Last 4 digits of account number    6247

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

North Texas Tollway Authority
P.O. Box 660244
Dallas, TX, 75266-0244

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Toll Road Fees

$ 35.95

Date or dates debt was incurred    2023

Last 4 digits of account number    6879

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

North Texas Tollway Authority
P.O. Box 660244
Dallas, TX, 75266-0244

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Toll Road Fees

$ 52.01

Date or dates debt was incurred    2023

Last 4 digits of account number    6391

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Owk Rock Capital Group, LLC
1981 Marcus Avenue, Suite 180
Lake Success, NY, 11042

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Business Loan

$ 45,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    7560

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Vector Utilities LLC
_____
          Name                                           Case number *(if known)* _____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.**32  **Nonpriority creditor's name and mailing address**

Pathmark Traffic Equipment
4435 Hunter Road
San Marcos, TX, 78666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marking Tape Material

$ 2,831.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.**33  **Nonpriority creditor's name and mailing address**

Rabern Rentals
4807 S. Washington
Amarillo, TX, 79110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 2,696.50

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.**34  **Nonpriority creditor's name and mailing address**

RMA Toll Processing
P.O. Box 734182
Dallas, TX, 75373-4182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Toll Road Fees

$ 15.93

Date or dates debt was incurred    2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    9218

---

**3.**35  **Nonpriority creditor's name and mailing address**

Rojas Heavy Equipment
240 Frontage Road
Alamo, TX, 78516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rental Equipment

$ 11,978.11

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

**3.**36  **Nonpriority creditor's name and mailing address**

RPV Construction, LLC
59 Duck Pond Rd.
Del Rio, TX, 78840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 920.00

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    _____

---

Debtor   Vector Utilities LLC
_____   Case number (if known) _____
Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 37  **Nonpriority creditor's name and mailing address**

S & S Bridge Painting, Inc.
P.O. Box 295094
Kerrville, TX, 78029

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Project Services

$ 2,361.26

Date or dates debt was incurred   2023

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 38  **Nonpriority creditor's name and mailing address**

SCR Civil Construction, LLC
5420 FM 2218
Richmond, TX, 77469

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Disputed Amount of Claim

$ 97,200.35

Date or dates debt was incurred   2022

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 39  **Nonpriority creditor's name and mailing address**

South Point Rentals
1710 Young Drive
Kingsville, TX, 78364

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Porta Potty Rental

$ 442.50

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 40  **Nonpriority creditor's name and mailing address**

South Texas Aggregates, Inc.
4343 E. Main Street
Uvalde, TX, 78801

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Aggregates

$ 55,773.42

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 41  **Nonpriority creditor's name and mailing address**

Street Smart Rentals
6811 137th Avenue NE
Columbus, MN, 55025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Safety Rental Equipment

$ 8,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   8819

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Vector Utilities LLC_____
     Name

Case number *(if known)* _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Superior Traffic Services
8404 El Way
Missoula, MT, 59808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rental Traffic Services

$ 24,772.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

Texas Community Bank
6721 McPherson Rd
Laredo, TX, 78043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.44** Nonpriority creditor's name and mailing address

Texas Environmental Management, SA Inc.
Post Office Box 369
Justin, TX, 76247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

Texas Guardrail Contractors, LLC
1211 San Dario Avenue, #1680
Laredo, TX, 78040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Disputed - Bond Claim - Subcontractor did faulty work - Vector was not paid by project owner

$ 97,667.13

Date or dates debt was incurred  2023
Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

Texas Hill Country Mobile Mixers, Inc.
4300 IH-10W
Boerne, TX, 78006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Disputed - Bond Claim - Material, Rent

$ 110,737.00

Date or dates debt was incurred  2022
Last 4 digits of account number  0001

**Is the claim subject to offset?**
✔ No
☐ Yes

---

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 10 of 14

Debtor    Vector Utilities LLC
          _____      Case number (if known)_____
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.47** Nonpriority creditor's name and mailing address

Thomas Ready Mix Company, Inc.
P.O. Box 5664
Amarillo, TX, 79117-5664

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Concrete

Date or dates debt was incurred    2023

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 233.04

**3.48** Nonpriority creditor's name and mailing address

Toshiba Business Solutions
P.O. Box 790448
Saint Louis, MO, 63179-0448

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Office Printer Lease

Date or dates debt was incurred    2022

Last 4 digits of account number    7280

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,829.82

**3.49** Nonpriority creditor's name and mailing address

TxTag
P.O. Box 650749
Dallas, TX, 75265-0749

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Toll Road Fees

Date or dates debt was incurred    2023

Last 4 digits of account number    9163

Is the claim subject to offset?
☑ No
☐ Yes

$ 29.58

**3.50** Nonpriority creditor's name and mailing address

TxTag
P.O. Box 650749
Dallas, TX, 75265-0749

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Toll Road Fees

Date or dates debt was incurred    2023

Last 4 digits of account number    1163

Is the claim subject to offset?
☑ No
☐ Yes

$ 252.33

**3.51** Nonpriority creditor's name and mailing address

TxTag
P.O. Box 650749
Dallas, TX, 75265-0749

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Toll Road Fees

Date or dates debt was incurred    2023

Last 4 digits of account number    6425

Is the claim subject to offset?
☑ No
☐ Yes

$ 204.43

Debtor   Vector Utilities LLC
    Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN, 56258

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.53** Nonpriority creditor's name and mailing address

United Rental
2225 Austin Street
San Angelo, TX, 76903-8757

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Rental

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    6150

$ 9,285.57

---

**3.54** Nonpriority creditor's name and mailing address

V & M Construction
1406 Avenue Q
Del Rio, TX, 78840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 45,192.40

---

**3.55** Nonpriority creditor's name and mailing address

Vulcan Materials Company
10101 Reunion Place, Suite 500
San Antonio, TX, 78216

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Concrete

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number    9384

$ 114,847.25

---

**3.56** Nonpriority creditor's name and mailing address

Water Truck Rental
8238 Leopard Street
Corpus Christi, TX, 78409

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Rental Safety Trucks

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 8,580.00

---

Debtor    Vector Utilities LLC
          _____
          Name                                    Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | MW GRP Capital/Samson Funding<br>c/o Ariel Bouskila, Attorney at Law<br>1545 U.S. 202, Suite 101<br>Pomona, NY, 10970 | Line 3.28<br>☐ Not listed. Explain: | _____ |
| 4.2. | MW GRP Capital/Samson Funding<br>17 State Street, Suite 630<br>New York, NJ, 10004 | Line 3.28<br>☐ Not listed. Explain | _____ |
| 4.3. | Texas Hill Country Mobile Mixers, Inc.<br>c/o Cokinos Construction Law<br>1221 Lamar, 16th Floor<br>Houston, TX, 77010 | Line 3.46<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line ____<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _____Vector Utilities, LLC_____   Case number (if known)_____
                Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 2,012,336.64 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,012,336.64 |

**Fill in this information to identify the case:**

Debtor name ___Vector Utilities LLC___

United States Bankruptcy Court for the: ___Southern District of Texas___

Case number (If known): _____   Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Triple Net Lease for Warehouse at 8501 San Gabriel Drive, Laredo, Texas 78045 Lessee | Rolando Gayton 1820 Reynolds Street Laredo, TX, 78043 |
| | State the term remaining | evergreen | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Office Printer Lease | Toshiba Business Solutions Post Office Box 790448 St. Louis,, MO, 63179-0448 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Blanket Subcontractor Construction Agreement Agent | Rockport Contracting, LLC 1 Sugar Creek Center Blvd, 1000 Sugar Land, TX, 77478-3557 |
| | State the term remaining | Evergreen | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    Vector Utilities LLC

United States Bankruptcy Court for the:    Southern District of Texas

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Newtek Small Business Fi | ☑ D ☐ E/F ☐ G |
| 2.2 Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Balboa Capital | ☑ D ☐ E/F ☐ G |
| 2.3 Rolando Gaytan & Gr | 1820 Reynolds Street Laredo, TX 78043 | Vulcan Materials Compan | ☐ D ☑ E/F ☐ G |
| 2.4 Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | MW GRP Capital/Samson | ☐ D ☑ E/F ☐ G |
| 2.5 Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Balboa Capital | ☑ D ☐ E/F ☐ G |
| 2.6 Rolando Gaytan & Gr | 1820 Reynolds Street Laredo, TX 78043 | Street Smart Rentals | ☐ D ☑ E/F ☐ G |

| Debtor | Vector Utilities LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**7** | Rolando Gaytan | 1820 Reynolds Street Laredo, TX 78043 | American Express | ☐ D ☑ E/F ☐ G |
| 2.**8** | Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Merchants Bonding Company (Mutual) | ☐ D ☑ E/F ☐ G |
| 2.**9** | Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Merchants National Bonding, Inc. | ☐ D ☑ E/F ☐ G |
| 2.**10** | Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | CMC Construction Services | ☐ D ☑ E/F ☐ G |
| 2.**11** | Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Commercial Metals Company | ☐ D ☑ E/F ☐ G |
| 2.**12** | Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | American Express | ☐ D ☑ E/F ☐ G |
| 2.**13** | Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Dyess-Peterson Testing Laboratory, Inc. | ☐ D ☑ E/F ☐ G |
| 2.**14** | Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Thomas Ready Mix Company, Inc. | ☐ D ☑ E/F ☐ G |

Debtor  Vector Utilities LLC
      Name

Case number *(if known)*_____

  **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.15 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Garrett Construction Co. | ☐ D ☑ E/F ☐ G |
| 2.16 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | SCR Civil Construction, LLC | ☐ D ☑ E/F ☐ G |
| 2.17 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Texas Guardrail Contractors, LLC | ☐ D ☑ E/F ☐ G |
| 2.18 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Texas Hill Country Mobile Mixers, Inc. | ☐ D ☑ E/F ☐ G |
| 2.19 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | S & S Bridge Painting, Inc. | ☐ D ☑ E/F ☐ G |
| 2.20 Rolando Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Chase Ink | ☐ D ☑ E/F ☐ G |
| 2.21 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | HCTRA - Violations | ☐ D ☑ E/F ☐ G |
| 2.22 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | E-470 Public Highway Authority | ☐ D ☑ E/F ☐ G |

Debtor    Vector Utilities LLC                           Case number *(if known)*_____
          Name

 **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | North Texas Tollway Authority | ☐ D ☑ E/F ☐ G |
| 2.24 Rolando Gaytan | 1820 Reynolds Street Laredo, TX 78043 | North Texas Tollway Authority | ☐ D ☑ E/F ☐ G |
| 2.25 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | HCTRA - Violations | ☐ D ☑ E/F ☐ G |
| 2.26 Rolando Gaytan | 1820 Reynolds Street Laredo, TX 78043 | TxTag | ☐ D ☑ E/F ☐ G |
| 2.27 Rolando Gaytan | 1820 Reynolds Street Laredo, TX 78043 | TxTag | ☐ D ☑ E/F ☐ G |
| 2.28 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | TxTag | ☐ D ☑ E/F ☐ G |
| 2.29 Rolando Gaytan | 1820 Reynolds Street Laredo, TX 78043 | RMA Toll Processing | ☐ D ☑ E/F ☐ G |
| 2.30 Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Lovein Ribman | ☐ D ☑ E/F ☐ G |

Debtor ___Vector Utilities LLC_____   Case number (if known)_____
              Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.**31** | Rolando Gaytan | 1820 Reynolds Street Laredo, TX 78043 | American Express - Line of Credit | ☐ D ☑ E/F ☐ G |
| 2.**32** | Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | E-470 Public Highway Authority | ☐ D ☑ E/F ☐ G |
| 2.**33** | Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Toshiba Business Solutions | ☐ D ☑ E/F ☐ G |
| 2.**34** | Rolando Gaytan & Griselda Gaytan | 1820 Reynolds Street Laredo, TX 78043 | Newtek Small Business Finance, LLC | ☑ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |
| 2.___ | | | | ☐ D ☐ E/F ☐ G |

**United States Bankruptcy Court**

**IN RE:**                                          Case No._____

Vector Utilities LLC
_____ Chapter _____
                                                            11

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Rolando Gaytan 1820 Reynolds Street, Laredo, TX 78043 | 49 | Common stockholder |
| Griselda C. Gaytan 1820 Reynolds Street, Laredo, TX 78043 | 51 | Common stockholder |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Vector Utilities LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern District of Texas</td></tr>
<tr><td>Case number (If known):</td><td>_____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br><sub>MM / DD / YYYY</sub> to | Filing date | ☑ Operating a business<br>☐ Other | $ 2,616,074.83 |
| **For prior year:** | From 01/01/2022<br><sub>MM / DD / YYYY</sub> to | 12/31/2022<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $ 7,782,078.00 |
| **For the year before that:** | From 01/01/2021<br><sub>MM / DD / YYYY</sub> to | 12/31/2021<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $ 9,551,516.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br><sub>MM / DD / YYYY</sub> to | Filing date | _____ | $_____ |
| **For prior year:** | From _____<br><sub>MM / DD / YYYY</sub> to | _____<br><sub>MM / DD / YYYY</sub> | _____ | $_____ |
| **For the year before that:** | From _____<br><sub>MM / DD / YYYY</sub> to | _____<br><sub>MM / DD / YYYY</sub> | _____ | $_____ |

Debtor    Vector Utilities LLC

         Name

Case number *(if known)* _____

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | American Express<br>Creditor's name | | $ 156,949.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | American Express Line of Credit<br>Creditor's name | | $ 5,125.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name | _____ _____ _____ | $ _____ | |
| | Relationship to debtor<br>_____ | | | |
| 4.2. | _____<br>Insider's name | _____ _____ _____ | $ _____ | |
| | Relationship to debtor<br>_____ | | | |

---

Debtor      Vector Utilities LLC                                                    Case number (if known)_____
            Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____ Creditor's name | | _____ | $_____ |
| 5.2. | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Texas Community Bank Creditor's name 6721 McPherson Rd Laredo, TX 78043 | Setoff made by creditor to business bank account 8096 | 06/06/2023 | $302,012.75 |
| | Last 4 digits of account number: XXXX–_____ | | |

---

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | MW GRP Capital vs. Vector Utilities, LLC dba Vector Utilities and Griselda Gaytan | Lawsuit | Supreme Court of the State of New York County of Ontario New York, NJ 10004 | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number 136367-2023 | | | |
| 7.2. | Balboa Capital Corporation v. Vector Utilities LLC and Griselda Cortes Gaytan | Collections | Superior Court of California 700 Civic Center Drive Santa Ana, CA 92701 | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number 30-2023-01334627-CU-CL-CJC | | | |

---

Debtor   Vector Utilities LLC
_____    Case number *(if known)*_____
         Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | Case title | Court name and address |
| | _____ | _____ |
| | | Name |
| | Case number | |
| | _____ | |
| | Date of order or assignment | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| Vandalism of two concrete trucks - 2009 KW and 2007 Peterbilt | 0.00 | 3/4/2023 | $27,800.00 |

---

Debtor   Vector Utilities LLC
_____   Case number (if known)_____
         Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Margaret M. McClure | | 5/30/2023 | $ 25,000.00 |
|  | **Address** | | | |
|  | Attorney at Law<br>25420 Kuykendahl, Suite B300-1043<br>The Woodlands, TX 77375 | | | |
|  | **Email or website address** | | | |
|  | **Who made the payment, if not debtor?** | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
|  | **Address** | | | |
|  | **Email or website address** | | | |
|  | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

|  | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
|  | | | | $_____ |
|  | **Trustee** | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor      Vector Utilities LLC
_____      Case number (if known)_____
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From  _____ | To  _____ |
| 14.2. | | From  _____ | To  _____ |

Debtor      Vector Utilities LLC
_____      Case number *(if known)*_____
            Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name |  | _____ |
|  |  | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
|  | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | _____<br>Facility name |  | _____ |
|  |  | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Vector Utilities LLC
          _____          Case number (if known)_____
          Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

| Debtor | Vector Utilities LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   Vector Utilities LLC
_____     Case number (*if known*)_____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____   To _____ |

---

| Debtor | Vector Utilities LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. John F. Coggin, CPA, PLLC (2007 to Present)<br>Name<br>3300 E. Walnut Street, Suite B, Pearland, TX 77581 | From 01/08/2007<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. Griselda C. Gaytan (1/8/2007 to Present)<br>Name<br>1820 Reynolds Street, Laredo, TX 78043 | From 01/08/2007<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. John F. Coggin, CPA, PLLC (Audited Financials for years 2019, 2020 and 2021<br>Name<br>3300 E. Walnut Street, Suite B, Pearland, TX 77581 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Griselda C. Gaytan<br>Name<br>1820 Reynolds Street, Laredo, TX 78043 | |

---

Debtor    Vector Utilities LLC
          _____          Case number (if known)_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.    John F. Coggin, CPA, PLLC (Has Access to Company Quick Books)
          _____
          Name
          3300 E. Walnut Street, Suite B, Pearland, TX 77581

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    Texas Department of Transportation (Audited 2019-2021)
          _____
          Name

| Name and address |
|---|

26c.2.    Newtek (2020)
          _____
          Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.     _____
          Name

Debtor     Vector Utilities LLC            Case number *(if known)* _____
           Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ <br> Name |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rolando Gaytan | 1820 Reynolds Street, Laredo, TX 78043 | Member | 49 |
| Griselda C. Gaytan | 1820 Reynolds Street, Laredo, TX 78043 | Managing Member | 51 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Rolando Gaytan <br> Name <br> 1820 Reynolds Street <br> Laredo, TX 78043 | 108,264.00 | _____ | Wages for 2022 |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | | |
| Member | | _____ | |

Debtor    Vector Utilities LLC

Name                                               Case number *(if known)*_____

| | | |
|---|---|---|
| **Name and address of recipient** | 108,316.00 | Wages for 2022 |

30.2    Griselda C. Gaytan

Name

1820 Reynolds Street

Laredo, TX 78043

**Relationship to debtor**

Managing Member

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: _____ |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/16/2023

            MM  / DD  / YYYY

✖ /s/ Griselda C. Gaytan            Printed name   Griselda C. Gaytan

Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

---

Debtor Name ___Vector Utilities LLC_____     Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | |
|---|---|
| , | $1,413.00 |
| Barricades Unlimited, | $8,930.40 |
| Big Bend Concrete, | $5,926.00 |
| Buyers Barricades, | $16,724.63 |
| Capital One Business, | $13,130.74 |
| CMC Construction Services, | $54,684.34 |
| CMC Rebar Central/CMC Commercial Metals, | $113,068.77 |
| Dimmit County SWD, LLC, | $1,037.00 |
| First Citizens Bank & Trust Company, | $1,636.58 |
| Gibraltar Global LLC, | $141,369.00 |
| Highway Barricades & Services, | $1,415.50 |
| J.E. Casey, LLC, | $10,551.65 |
| Lovein Ribman Attorneys & Counselors, | $5,000.00 |
| Mac Septic Porta Potties, | $156.96 |
| Newtek Business Lending SBA Loan, | $39,465.00 |
| Owl Rock Capital Group, LLC Loan, | $10,000.00 |
| Pathmark Traffic Equipment, | $1,593.20 |
| Rabern Rentals, | $5,489.00 |
| Rojas Heavy Equipment LLC, | $10,512.50 |
| RPV Construction LLC, | $17,480.00 |
| Samson Funding, | $11,216.66 |
| South Texas Aggregates Inc., | $46,887.41 |
| South Point Rentals, | $147.50 |

Debtor Name  Vector Utilities LLC                              Case number (*if known*)_____

### Continuation Sheet for Official Form 207

Street Smart Rentals LLC,   $2,000.00

Superior Traffic           $11,332.00
Services,

Texas Community Bank,      $302,320.54

Texas Environmental        $9,700.22
Management,

Texas Guardrail            $90,237.22
Contractors LLC,

Thomas Ready Mix,          $15,535.82

Toshiba Financial          $332.92
Solutions,

United Rentals,            $12,767.47

V & M Construction,        $56,020.13

Vulcan Construction        $277,844.40
Materials LLC,

Water Truck Rentals,       $25,740.00

Wells Fargo Equipment      $11,684.65
Loan,


10) Certain Losses

Theft and vandalism of     $0.00                    $9,000.00
power tools

Theft of two work trucks   $0.00                    $4,500.00
and backhoe parts and
tools


26a) Bookkeepers

Maria G. Gonzalez      7426 Harper Lee,      07/12/2021            06/12/2023
                       Laredo, TX 78041

Melanie K.             3300 E. Walnut
Halliburton (2019      Street, Suite B,
— 2022)                Pearland, TX 77581


26d) Creditors

Texas Community Bank (2019 — 2022)

MW GRP Capital/Samson Funding (2022)

**Fill in this information to identify the case and this filing:**

Debtor Name    Vector Utilities LLC

United States Bankruptcy Court for the:    Southern District of Texas

Case number (*If known*):

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/16/2023          ✗ /s/ Griselda C. Gaytan
　　　　　　　　MM / DD / YYYY          Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　Griselda C. Gaytan
　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　Managing Member
　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Allen Plumbing & Supply Co.
2005 S. Hwy 83
Crystal City, TX 78839-4505

American Express
P.O. Box 6031
Carol Stream, IL 60197-6031

American Express - Line of Credit
P.O. Box 6031
Carol Stream, IL 60197-6031

Balboa Capital
P.O. Box 844803
Los Angeles, CA 90084-4803

Balboa Capital
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626

Barricades Unlimited
2002 Clovis Road
Lubbock, TX 79415

Big Bend Concrete
1406 US 90
Alpine, TX 79830

Buyers Barricades
4941 Emil Street
San Antonio, TX 78219

Carillo & Associates, Inc.
911 Frio City Road
San Antonio, TX 78207

Carvana LLC
1123 Cantrell Sansom Rd.
Fort Worth, TX 76131

Chase Ink
P.O. Box 15123
Wilmington, DE 19850-5123

CIT Bank, N.A.
10201 Centurion Pkwy N.
Suite 100
Jacksonville, FL 32256

CMC Construction Services
P.O. Box 844573
Dallas, TX 75284

CMC Construction Services
11811 East Freeway, Suite 660
Houston, TX 77029

Commercial Metals Company
11811 East Freeway, Suite 660
Houston, TX 77029

Dimmit County SWD, LLC
13238 FM190
Carrizo Springs, TX 78834

Dyess-Peterson Testing Laboratory, Inc.
P.O. 30699
Amarillo, TX 79120

E-470 Public Highway Authority
P.O. Box 5470
Denver, CO 80217-5470

First Citizens Bank & Trust Company
10201 Centurion Pkwy N.
Suite 100
Jacksonville, FL 32256

Flasher Equipment Company
5827 W US Hwy 90
San Antonio, TX 78227

Ford Credit
Post Office Box 105704
Atlanta, GA 30348-5704

Garrett Construction Co.
P.O. Box 1028
Ingleside, TX 78362

Gibraltar Global, LLC
1208 Houston Clinton Drive
Burnet, TX 78611

Griselda Gaytan
1820 Reynolds Street
Laredo, TX 78043

HCTRA - Violations
P.O. Box 4440, Dept. 11
Houston, TX 77210-4440

HCTRA - Violations
P.O. Box 4440, Dept. 8
Houston, TX 77210-4440

Highway Barricades and Services
P.O. Box 9104
Corpus Christi, TX 78469

J & J Excavating & Materials
4236 North US Hwy 83
Crystal City, TX 78839

Lovein Ribman
Attorney & Counselors
1225 S. Main Street, Suite 200
Grapevine, TX 76051

MAC Septic
P.O. Box 640
Fort Davis, TX 79734

Merchants Bonding Company (Mutual)
P.O. Box 14498
Des Moines, IA 50306

Merchants National Bonding, Inc.
P.O. Box 14498
Des Moines, IA 50306

MW GRP Capital/Samson Funding
c/o Ariel Bouskila, Attorney at Law
80 Broad Street, Suite 3303
New York, NJ 10004

MW GRP Capital/Samson Funding
c/o Ariel Bouskila, Attorney at Law
1545 U.S. 202, Suite 101
Pomona, NY 10970

MW GRP Capital/Samson Funding
17 State Street, Suite 630
New York, NJ 10004

Newtek Small Business Finance, LLC
P.O. Box 150
Northville, NY 12134

Newtek Small Business Finance, LLC
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042

North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266-0244

Owk Rock Capital Group, LLC
1981 Marcus Avenue, Suite 180
Lake Success, NY 11042

Pathmark Traffic Equipment
4435 Hunter Road
San Marcos, TX 78666

Rabern Rentals
4807 S. Washington
Amarillo, TX 79110

RMA Toll Processing
P.O. Box 734182
Dallas, TX 75373-4182

Rojas Heavy Equipment
240 Frontage Road
Alamo, TX 78516

Rolando Gaytan
1820 Reynolds Street
Laredo, TX 78043

Rolando Gaytan & Griselda Gaytan
1820 Reynolds Street
Laredo, TX 78043

Rolando Gayton
1820 Reynolds Street
Laredo, TX 78043

RPV Construction, LLC
59 Duck Pond Rd.
Del Rio, TX 78840

S & S Bridge Painting, Inc.
P.O. Box 295094
Kerrville, TX 78029

SCR Civil Construction, LLC
5420 FM 2218
Richmond, TX 77469

Security Service Federal Credit Union
Post Office Box 691510
San Antonio, TX 78269

South Point Rentals
1710 Young Drive
Kingsville, TX 78364

South Texas Aggregates, Inc.
4343 E. Main Street
Uvalde, TX 78801

Street Smart Rentals
6811 137th Avenue NE
Columbus, MN 55025

Superior Traffic Services
8404 El Way
Missoula, MT 59808

Texas Community Bank
6721 McPherson Rd
Laredo, TX 78043

Texas Environmental Management, SA Inc.
Post Office Box 369
Justin, TX 76247

Texas Guardrail Contractors, LLC
1211 San Dario Avenue, #1680
Laredo, TX 78040

Texas Hill Country Mobile Mixers, Inc.
4300 IH-10W
Boerne, TX 78006

Texas Hill Country Mobile Mixers, Inc.
c/o Cokinos Construction Law
1221 Lamar, 16th Floor
Houston, TX 77010

Thomas Ready Mix Company, Inc.
P.O. Box 5664
Amarillo, TX 79117-5664

Toshiba Business Solutions
P.O. Box 790448
Saint Louis, MO 63179-0448

Toshiba Business Solutions
Post Office Box 790448
St. Louis,, MO 63179-0448

TxTag
P.O. Box 650749
Dallas, TX 75265-0749

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

United Rental
2225 Austin Street
San Angelo, TX 76903-8757

V & M Construction
1406 Avenue Q
Del Rio, TX 78840

Vulcan Materials Company
10101 Reunion Place, Suite 500
San Antonio, TX 78216

Water Truck Rental
8238 Leopard Street
Corpus Christi, TX 78409

Wells Fargo Bank
600 South 4th Street
MAC N9300-100
Minneapolis, MN 55415

United States Bankruptcy Court

Southern District of Texas

In re:  Vector Utilities LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____07/16/2023_____

/s/ Griselda C. Gaytan
_____
Signature of Individual signing on behalf of debtor

Managing Member
_____
Position or relationship to debtor